AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1

## UNITED STATES DISTRICT COURT

Eastern District of Arkansas


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 24 2017
JAMES W. McCORMACK, CLERK
By: _____
                              DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JIMMIE MCKINNEY | |

Case No. 4:15CR00265-01 BRW
USM No. 32577-044

Kim Driggers
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  General, Standard & Special  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from unlawful use of controlled substance. | 02/21/2017 |
| Standard (7) | Failure to refrain from excessive use of alcohol and purchase, paraphernalia related to any controlled substances, except as as prescribed by a physician. | 02/21/2017 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  1955

Defendant's Year of Birth:  1964

City and State of Defendant's Residence:

07/21/2017
Date of Imposition of Judgment

*Billy R. Wilson* (signature)
Signature of Judge

BILLY ROY WILSON,   U.S. District Judge
Name and Title of Judge

July 24, 2017
Date

Judgment—Page __2__ of __3__

**DEFENDANT:** JIMMIE MCKINNEY
**CASE NUMBER:** 4:15CR00265-01 BRW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special (2) | Failure to participate in a substance abuse treatment program. Failure to abstain from the use of alcohol throughout the course of treatment. | 03/16/2017 |
| Standard (7) | Failure to notify the probation officer ten days prior to any change in residence or employment. | 06/01/2017 |

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
                       Sheet 2— Imprisonment

Judgment — Page  3  of  3

DEFENDANT: JIMMIE MCKINNEY
CASE NUMBER: 4:15CR00265-01 BRW

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

A year and a day, with no term of Supervised Release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in non-residential substance abuse treatment during incarceration. The Court also recommends the defendant be designated to the institution located in Texarkana, TX.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL